AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00172 |
| Stephen Ondulich | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/17/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Stephen Ondulich__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/17/2023

2023.07.17 11:35:49 -04'00'
*Complaintant's signature*

City and state: Washington, D.C.

Honorable Robin M. Meriweather
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 07/17/2023, and the person was arrested on *(date)* 07/19/2023
at *(city and state)* Trafford, Pennsylvania.

Date: 07/19/2023

*Arresting officer's signature*

FBI Special Agent Kristen Luthy
*Printed name and title*